IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNA GARNER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.: 2:15-cv-04073-ER |
| ) | |
| COMENITY BANK, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: September 18, 2015        BY: */s/ Craig Thor Kimmel*
                                  Craig Thor Kimmel, Esquire
                                  PA Attorney ID No. 57100
                                  Kimmel & Silverman, P.C.
                                  30 East Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888 ext. 116
                                  Facsimile: (877) 788-2864
                                  Email: kimmel@creditlaw.com
                                  Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 18th day of September, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

    Zach D. Miller, Esq.
    BURR FORMAN LLP
    511 Union Street
    Suite 2300
    Nashville, TN 37219
    zachary.miller@burr.com

                      */s/ Craig Thor Kimmel*
                      Craig Thor Kimmel, Esquire
                      PA Attorney ID No. 57100
                      Kimmel & Silverman, P.C.
                      30 East Butler Pike
                      Ambler, PA 19002
                      Phone: (215) 540-8888 ext. 116
                      Facsimile: (877) 788-2864
                      Email: kimmel@creditlaw.com
                      Attorney for Plaintiff